UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

FILED
MAR - 9 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 4:22CR134 HEA/DDN |
| v. ) | |
| ) | |
| DARIUS D. COBB, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### Count One

On or about February 27, 2018, in the Eastern District of Missouri,

**DARIUS D. COBB,**

the defendant herein, a resident of St. Louis County, Missouri, did willfully aid and assist in, and procure, counsel and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, of "S.W." for the calendar year 2017, which was false and fraudulent as to material matters, in that said return claimed a Schedule C business loss in the amount of $11,229.00, whereas, as the defendant then and there well knew and believed, the Schedule C business loss was falsely inflated or fabricated.

In violation of Title 26, United States Code, Section 7206(2).

### Count Two

On or about April 12, 2018, in the Eastern District of Missouri,

**DARIUS D. COBB,**

the defendant herein, a resident of St. Louis County, Missouri, did willfully aid and assist in, and

1

procure, counsel and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, of "B.B." for the calendar year 2017, which was false and fraudulent as to material matters, in that said return claimed a Schedule C business loss in the amount of $19,680.00, whereas, as the defendant then and there well knew and believed, the Schedule C business loss was falsely inflated or fabricated.

In violation of Title 26, United States Code, Section 7206(2).

### Count Three

On or about April 13, 2018, in the Eastern District of Missouri,

**DARIUS D. COBB,**

the defendant herein, a resident of St. Louis County, Missouri, did willfully aid and assist in, and procure, counsel and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, of "J.P." for the calendar year 2017, which was false and fraudulent as to material matters, in that said return claimed a Schedule C business loss in the amount of $14,024.00, whereas, as the defendant then and there well knew and believed, the Schedule C business loss was falsely inflated or fabricated.

In violation of Title 26, United States Code, Section 7206(2).

### Count Four

On or about January 17, 2019, in the Eastern District of Missouri,

**DARIUS D. COBB,**

the defendant herein, a resident of St. Louis County, Missouri, did willfully aid and assist in, and procure, counsel and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, of "N.J." for the calendar year 2018, which was false and fraudulent as to material matters, in that said return claimed false employment at "Fashions Are Us" and false wages in the amount of $11,412.00, and a Schedule C business profit

in the amount of $6,460.00 for "Office Admin Svcs.," whereas, as the defendant then and there well knew and believed, that "N.J." was never employed by "Fashions Are Us" and "Office Admin Svcs." and that the claimed wages and Schedule C business profit were fabricated.

In violation of Title 26, United States Code, Section 7206(2).

## Count Five

On or about February 4, 2019, in the Eastern District of Missouri,

**DARIUS D. COBB,**

the defendant herein, a resident of St. Louis County, Missouri, did willfully aid and assist in, and procure, counsel and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, of "D.E." for the calendar year 2018, which was false and fraudulent as to material matters, in that said return claimed false employment at "Majestic Moving" and false wages in the amount of $8,311.00, whereas, as the defendant then and there well knew and believed, that "D.E." was never employed by "Majestic Moving" and that the claimed wages were fabricated.

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL.

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____

JENNIFER J. ROY #47203MO
Assistant United States Attorney

3